

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

Roseann B. MacKechnie
CLERK

2006 MAR -6 P 2: 59

U.S.

FEB 28 2006

| | |
|---|---|
| Date: | 2/28/06 |
| Docket Number: | 04-5513-cv |
| Short Title: | Lauretano v. Lee |
| DC Docket Number: | 99-cv-1077 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Dominic Squatri |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of Febraury, two thousand six.

Mark Lauretano,

   Plaintiff-Appellee,

v

John Bardelli, Edmund C. Brunt, Timothy F. Barry, State of Connecticut and Arthur Spada,

   Defendants-Appellants,

Henry C. Lee, Frank Maco,

   Defendant,

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk
By Julius D. Crockwell
Deputy Clerk

CERTIFIED: 2/28/06